8



| **Official Use Only** | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |

Case: 2:26-cv-13064
Assigned To : Hood, Denise Page
Referral Judge: Altman, Kimberly G.
Assign. Date : 8/27/2026
Description: PRIS SPEARMAN V ST LOUIS CORREC FACILITY (lh)

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

## Plaintiff's Information

| | | | |
|---|---|---|---|
| **Name** Angelo Spearman | | **Prisoner No.** 368883 | |
| **Place of Confinement** Saint Louis Correctional facility | | | |
| **Street** 8585 N. Croswell Rd | **City** St Louis | **State** MI | **Zip Code** 48880 |

**Are there additional plaintiffs?** ☐ Yes ☑ No

**If yes,** ***any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide names, prisoner numbers and addresses for all plaintiffs.</u>***

## Defendant's Information

| | | | |
|---|---|---|---|
| **Name** Saint louis Correctional facility | | **Position** | |
| **Street/P.O. Box** 8585 N Croswell RD | **City** St. Louis | **State** MI | **Zip Code** 48880 |

**Are you suing this defendant in his/her:** ☐ Personal Capacity ☐ Official Capacity ☑ Both Capacities

**Are you suing more than one defendant?** ☑ Yes ☐ No

**If yes,** ***any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.</u>***

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes ☑ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

***Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.***

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

MICHIGAN DEPT OF CORR. EMPLOYEES REFUSED / DENIED BATHROOM FOR APPROXIMATELY 10 HOURS as well as Denied Soap and Shower to remove Blood belongings to another inmate

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

MY CONSTITUTIONAL RIGHT AGAINST CRUEL AND UNUSUAL PUNISHMENT. I was Denied a Shower to wash another persons Blood off of me as well as a opportunity to use the restroom for 10 hours straight this situation caused a lot of emotional Distress and made me feel unsafe ~~[illegible]~~

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

I WANT THE COURT TO GRANT ME COMPENSATION IN THE AMOUNT OF 1,500,000 FOR EMOTIONAL DISTRESS and Cruel and unusual punishment

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed (signed) on 7-28-26 (date).

Signature of Plaintiff

**Michigan Department of Corrections**
**GRIEVANCE INVESTIGATION DELAY LETTER**

**DATE:** **5/13/2026**

**TO:** **SPEARMAN** **368883** **LOCATION:** **SLF** **2214**

**FROM:** **Grievance Coordinator:** **CRR K. PARSONS**

**SUBJECT:** **Notice of Extension on Grievance Investigation**

The investigation of your grievance, Identifier **SLF / 2026 / 04 / 1011 / 22D** at, Step I, will take longer than the time provided for in procedure OP 03.02.130. Therefore, it is necessary for an extension to be granted so a thorough investigation can be completed.

The respondent to your grievance has requested an extension from the grievance coordinator and it has been approved per 03.02.130.

The original date for completion at this step was **5/19/2026** An extension is now granted for the investigation at this step to be completed **6/9/2026** A response will be provided and sent to you by way of your facility's Grievance Coordinator.

---

Grievance Coordinator Signature: K Parsons
Date: 5/13/26

006

MICHIGAN DEPARTMENT OF CORRECTIONS 4835-4247 10/94
**PRISONER/PAROLEE GRIEVANCE FORM** CSJ-247A

Date Received at Step I: 4/28/2026 Grievance Identifier: SLF-26-04-1011-22D

**Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. 2214

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Angelo Spearman | 368883 | SLF | 6-250B | 4-8-26 | 4-11-26 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 4-8-26
If none, explain why. I REPEATEDLY INFORMED STAFF THAT I NEEDED TO USE THE BATHROOM, THAT I HAD BEEN IN THE SHOWER W/O ACCESS TO BATHROOM OR WATER TO DRINK FOR APPROX. 10HOURS. STAFF NEVER MADE BATHROOM OR DRINKING WATER AVAILABLE. ALSO STEMMING FROM THE ALTERCATION I HAD THE OTHER INMATES BLOOD ON ME.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

AT APPROX 7:50 I INFORMED SEVERAL MDOC STAFF MEMBERS THAT I NEED TO USE THE RESTROOM WHILE BEING CONFINED TO SHOWER STALL IN UNIT 6. I ALSO INFORMED THEM THAT I HAD BLOOD ON ME FROM ANOTHER INMATE DUE TO THE INCIDENT. FOR OVER 10 HOURS I WAS DENIED RESTROOM & DRINKING WATER (OR SHOWER). UNABLE TO CONTROL MY BOWELS I DEFECATED ON MYSELF DUE TO STAFF MEMBERS REFUSING TO ALLOW ME TO USE THE BATHROOM.

THIS IS A DELIBERATE INDIFFERENCE AND VIOLATION OF PD 03.03.130 ... "MAINTAIN GOOD (WORKING) ORDER." FURTHER THE DENIAL IS A VIOLATION OF GRIEVANT'S CONSTITUTIONAL RIGHT AGAINST CRUEL & UNUSUAL PUNISHMENT, GRIEVANT SEEKS COMPENSATION FOR EMOTIONAL DISTRESS ETC, ANY REASONABLE STAFF OR ADMINISTRATION WOULD HAVE PROVIDED GRIEVANT W/ SUITABLE CARE OR TREATMENT.
THIS GRIEVANCE IS MADE AGAINST John Christiansen AND SEVERAL EMPLOYEE John Doe 1-5 IN THERE INDIVIDUAL & OFFICIAL CAPACITY
PLEASE PROTECT AGAINST RETALIATION

Grievant's Signature

REC'D APR 16 2026 GRIEV. COORD.

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No If No, give explanation. If resolved, explain resolution.)

See Attached

| | | | |
|---|---|---|---|
| Respondent's Signature | Date: 6/9/26 | Reviewer's Signature | Date: 6-10-26 |
| Respondent's Name (Print): Goodale | Working Title: RUM | Reviewer's Name (Print): Nevitt | Working Title: ADW |

Date Returned to Grievant: 6/11/26

If resolved at Step I, Grievant sign here. Resolution must be described above.

Grievant's Signature Date

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**MICHIGAN DEPARTMENT OF CORRECTIONS** CSJ-247S 3/18/2019

# STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM

(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| Spearman | 368883 | 2214/SLF | SLF-26-04-1011-22D |

| | | | | | |
|---|---|---|---|---|---|
| Prisoner Interviewed: | YES ☐ | NO ☒ | If "NO", Reason: | Prisoner description allowed response from record. |
| Extension Granted: | YES ☒ | NO ☐ | If "YES", Enter End Date: | 6/9/2026 |

**COMPLAINT SUMMARY:**

Prisoner alleges he was in the shower in segregation for 10 hours, prisoner alleges he had to use the restroom and was not offered drinking water for the entire time. Prisoner further states he had to deficate on himself due this. Prisoner requests compensation for emotional distress as relief.

False I also said I had the Blood of the other inmate on me and was refused soap and a shower Basically they're saying just Because I was guilty of my misconduct it was justifiable to treat me inhumane

**INVESTIGATION SUMMARY:**

Prisoner statement on griveance was sufficient for response.

A copy of 24-Hour Recap Summary from 4/8/26 shows prisoners Spearman 368883 and Brantley 577417 involved in a fight with prisoner Brooks 922861. A copy of the misconduct reports for all prisoners and a copy of the critical incident report were also reviewed. Dockets were reviewed an all prisoners were found guilty of fighting at hearing.

Staff were not identified in the grievance.

**APPLICABLE POLICY, PROCEDURE, ETC.:**

03.03.130 Humane Treatment of Prisoners

**DECISION SUMMARY:**

Grievance is not resolved at this step. Compensation for emotional distress is unknown.

| | | | |
|---|---|---|---|
| RESPONDENT NAME: | Goschke | TITLE: | RUM |
| RESPONDENT SIGNATURE: | [signature] | DATE: | 6/9/26 |
| REVIEWER NAME: | [signature] | TITLE: | ADW |
| REVIEWER SIGNATURE: | [signature] | DATE: | 6-10-26 |

**Distribution:** Original - Step I Grievance Coordinator Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

Angelo Spearman 368883
OSLF
8585 N Croswell Rd
Saint Louis MI 48880

RECEIVED
AUG 27 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 48880 $ 002.56
02 7W
0008031587 AUG 21 202

Office of the Clerk
United States District Court
231 W. Lafayette Blvd fifth floor
Detroit MI 48226

U.S. MARSHALS